UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER LOADHOLT,
                            Plaintiff,

                 -against-

THE QUICKZIP SHEET COMPANY, INC.,
                            Defendant.
------------------------------------------------------------X

22 Civ. 7310 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Order dated September 15, 2022, required the parties to file a proposed case management plan and joint letter by October 19, 2022, at 12:00 P.M.;

       WHEREAS, the initial pretrial conference is currently scheduled for October 26, 2022, at 4:20 P.M.;

       WHEREAS, the parties failed to file the joint letter or proposed case management plan. It is hereby

       **ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **October 21, 2022, at 12:00 P.M.**

Dated: October 19, 2022
       New York, New York

                                            LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE