UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRISTOPHER LOADHOLT,
                              Plaintiff,

            -against-                       22 Civ. 7310 (LGS)

                                        ORDER
THE QUICKZIP SHEET COMPANY, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the initial pretrial conference in this matter is scheduled for October 26, 2022;

       WHEREAS, in the parties' joint letter, Defendant requested a stay of discovery pending Plaintiff's anticipated amendment of the Complaint and Defendant's anticipated motion to dismiss;

       WHEREAS, no other significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

       **ORDERED** that Defendant's request for a stay of discovery is **denied**.

       **ORDERED** that the October 26, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED**, regarding settlement discussions, if and when the parties are ready to proceed with a settlement conference with the assigned Magistrate Judge or mediation in the Court's mediation program, they shall file a <u>joint</u> letter on ECF requesting a referral.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: October 20, 2022
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

2