```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
CHRISTOPHER LOADHOLT,                                         :
                                    Plaintiff,                :
                                                              :       22 Civ. 7310 (LGS)
              -against-                                       :
                                                              :              ORDER
THE QUICKZIP SHEET COMPANY,                                   :
                                    Defendant.                :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 14, 2022, Defendant filed a letter motion for leave to file a motion to dismiss (Dkt. No. 12);

WHEREAS, on October 19, 2022, Plaintiffs requested, and the Court granted, leave to file an amended complaint in advance of any motion to dismiss (Dkt. Nos. 14, 15).  It is hereby

**ORDERED** that Defendant's letter motion at Dkt. No. 14 is DENIED as moot. Defendant may file a renewed pre-motion letter regarding a motion to dismiss after Plaintiff files an amended complaint.

The Clerk of Court is respectfully directed to close the motion at Dkt. No. 12.

Dated: November 1, 2022
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**