

December 7, 2022

**Via ECF**
Honorable Lorna G. Schofield, U.S.D.J.
United States District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    **LOADHOLT v. THE QUICKZIP SHEET COMPANY, INC.**
            **1:22-cv-07310-LGS**
            *Joint Notice of Settlement*

Dear Judge Schofield:

      As the Court is aware, we represent Defendant in the above-referenced matter. We write jointly with counsel for Plaintiff to notify the Court that the parties have reached an agreement in principle to settle this case, contingent on the execution of a written settlement agreement and Court approval of the terms. The parties respectfully request a period of 60 days to memorialize the settlement terms and submit them to the Court for approval, and further respectfully request that any pending deadlines be adjourned in anticipation of that submission.

      The parties thank Your Honor for the attention to and consideration of this request.

                Respectfully,

                /s/ Kevin Doherty

                Kevin M. Doherty, Esq.

cc:    All counsel of record (via ECF)